FILED US District Court-UT
APR 27 '22 PM12:37

ANDREA T. MARTINEZ, United States Attorney (9313)
BRADY WILSON, Assistant United States Attorney (17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
brady.wilson@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEYBIN TURCIOS-DOBLADO,<br><br>Defendant. | INDICTMENT<br><br>Count I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (>400 grams)<br><br><br>Case: 4:22-cr-00045<br>Assigned To : Nuffer, David<br>Assign. Date : 4/27/2022 |

The Grand Jury charges:

COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about April 2, 2022, in the District of Utah,

**DEYBIN TURCIOS-DOBLADO,**

defendant herein, did knowingly and intentionally possess with intent to distribute four

hundred (400) grams or more of a mixture or substance containing a detectable amount of

N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule

II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C.

§ 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

BRADY WILSON
Assistant United States Attorney

2